**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-00707-WJM-KMT

ARTHUR JAMES LOMAX,

      Plaintiff,

v.

JAMES LANDER (FCF),
NATHAN WIGGIN (FCF),
M. SCHNELL (FCF),
IVETTE RUIZ (AVCF),
PENNY SPEARING (AVCF),
MS. PRIESTLY (AVCF),
MS. APODACA (AVCF), and
MR. MCGILL (AVCF),

      Defendants.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders

entered in this case, and the Order Adopting March 18, 2014 Recommendation of

Magistrate Judge and Granting Defendants' Motion to Dismiss, entered by the

Honorable William J. Martínez, United States District Judge, on April 21, 2014,

      IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 42) is

ADOPTED in its entirety.

      IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 39) is

GRANTED.

      IT IS FURTHER ORDERED that Final Judgment is entered for Defendants and

against the Plaintiff and the action and Plaintiff's Second Amended Complaint

(ECF No. 14) are DISMISSED.  Each party shall bear her/his own costs.

Dated at Denver, Colorado, this   21st   day of April 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:   Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk